# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| v.     ) | **CRIMINAL ACTION** |
| ) | **NO. 08-CR-0429-01** |
| ) | |
| **ALI AMIRNAZMI,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**AND NOW**, this 19th day of August, 2009, upon consideration of Defendant's Motion for a New Trial [Document No. 131], Defendant's Brief in support of the same [Document No. 148], the Government's Response [Document No. 153], and Defendant's Reply [Document No. 156], it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**