## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL ACTION |
| | ) NO. 08-CR-0429-01 |
| ALI AMIRNAZMI, | ) |
| Defendant. | ) |

### ORDER

**AND NOW**, this 21st day of August, 2009, upon consideration of Defendant's Motion for Judgment of Acquittal [Document No. 130], Defendant's Brief in support of the same [Document No. 150], the Government's Response [Document No. 151], and Defendant's Reply [Document No. 157], it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**